# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:   5:08-cv-393

ENGINEERS JOINT WELFARE, PENSION,
SUPPLEMENTAL UNEMPLOYMENT BENEFIT
AND TRAINING FUNDS, by Daniel P. Harrigan,
as Administrator; CENTRAL PENSION FUND OF
THE INTERNATIONAL UNION OF OPERATING
ENGINEERS AND PARTICIPATING EMPLOYERS,
by Michael R. Fanning, as Chief Executive
Officer; and INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL UNION NO. 545, by Theron
Hogle, as Business Manager,

- v -

NORTHEAST FABRICATIONS, INC., EDWARD R.
STOCKWELL, SR., Individually and as an Officer
of Northeast Fabrications, Inc., and CHARLES T.
STOCKWELL, Individually and as an Officer of
Northeast Fabrications, Inc.

[ ]   Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiffs and against the defendants in the sum of $ 55,441.61, representing $ 31,285.20 in contributions and deductions, $ 9,777.56 in interest through September 14, 2009, $ 10,973.25 in liquidated damages, and $ 3,405.60 in attorney's fees and costs through October 1, 2008 and that said sum of $ 55,441.61 bear interest thereon at the rate provided for by 28 U.S.C. Section 1961(a).

**September 11. 2009**
**DATE**

*Lawrence K. Baerman*
Clerk of Court

(BY) s/C. Mergenthaler, DEPUTY CLERK

**Entered and served** 9/11/09